■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSARIO S. DI RAFFAELE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered May 27, 1982, convicting him of

eight counts of criminal usury in the first degree and two counts of criminal usury in the second degree, upon a jury verdict, and imposing sentence. ¶ Judgment affirmed. ¶ The terms "scheme or business of making or collecting usurious loans" set forth in section 190.42 of the Penal Law are not unconstitutionally vague (*People v Lombardo,* 61 NY2d 97). Hence, defendant's argument to the contrary is rejected. Bracken, J. P., Niehoff, Rubin and Eiber, JJ., concur.